BEFORE: WILLIAM D. WALL                                    DATE: 02/04/09

UNITED STATES MAGISTRATE JUDGE                  TIME:   2:00 PM

DOCKET NO.   CV 08-3396             ASSIGNED JUDGE: WEXLER

CASE NAME:   BUSCEMI, ET AL. V. TARGET CORPORATION

CIVIL CONFERENCE

Initial _____   Status _____   Settlement _____   Pretrial _____   Other: Telephone Motion

APPEARANCES:   Plaintiff        Elan Wurtzel

                Defendant       Sal DeLuca

**SCHEDULING:** The next Pretrial conference will be held on May 7, 2009 at 11:00 am.

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐     Referred to mediation by separate order.

☐     The joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge

x☐    Other: The defendant's motion to compel DE 8 is GRANTED in part and DENIED in part. The request for an extension of the discovery deadlines is DENIED. The plaintiff's shall supply the previously served discovery responses including medical authorizations from the plaintiff's earlier accident by February 18, 2009.
                                                    SO ORDERED

                                                    /s/William D. Wall
                                                    WILLIAM D. WALL
                                                    United States Magistrate Judge